UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
IRA LITKOFSKY,

         **ORDER ADOPTING R & R**
    Plaintiff,    Civil Action No. 15-5429(DRH)(AKT)

 -against-

P & L ACQUISITIONS LLS

    Defendant.
--------------------------------------------------X

**HURLEY, Senior District Judge:**

 Presently before the Court is the Report and Recommendation, dated August 19, 2016 of Magistrate Judge A. Kathleen Tomlinson recommending that plaintiff's motion for default judgment be granted. More than fourteen days have elapsed since service of the Report and Recommendation and no objections have been filed.

 Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the August 19, 2016 Report and Recommendation of Judge Tomlinson as if set forth herein. Accordingly,

 **IT IS HEREBY ORDERED** that default judgment be entered in favor of plaintiff against defendant awarding plaintiff $250.00 in statutory damages, $5,495.00 in attorneys' fees and $820.00 in costs.

Dated: Central Islip, N.Y.
   December 8, 2016        /s/ Denis R. Hurley
                Denis R. Hurley
                United States District Judge